**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000809**
**05-JUN-2025**
**07:50 AM**
**Dkt. 35 ODSLJ**

NO. CAAP-24-0000809

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

THOMAS P. FLORES II, Plaintiff-Appellant,
v.
GLENN S. PAGE; SAFEWAY INC., Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CCV-24-0001353)

**ORDER**
(By: Hiraoka, Presiding Judge, Nakasone and McCullen, JJ.)

Upon review of the record, it appears that:

1. Plaintiff-Appellant Thomas P. **Flores**, II filed his notice of appeal in the circuit court on December 2, 2024;

2. Flores purports to appeal from the circuit court's November 22, 2024 **Order** *Denying Request to Remove Case From Court Annexed Arbitration Program*; and

3. Rule 8(C) of the Rules Governing the Court Annexed Arbitration Program (Exhibit A to the Rules of the Circuit Courts of the State of Hawaiʻi) provide that the Arbitration Judge's decision on a request to remove a case from the Program "is non-reviewable."

Therefore, IT IS HEREBY ORDERED that this appeal is dismissed for lack of jurisdiction.

DATED: Honolulu, Hawaiʻi, June 5, 2025.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge